JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff,</br></br>  v.</br></br>KAM SETO,</br>PETER CHAN, and</br>ZHIJIAN WU,</br></br>    Defendants. | No. CR 09-0824 MMC</br></br>STIPULATION AND [PROPOSED]</br>INTERIM PROTECTIVE ORDER RE:</br>DISCOVERY OF FINANCIAL ACCOUNT</br>AND IDENTITY INFORMATION |

    The defendants Kam Seto, Peter Chan, and Zhijian Wu ("defendants") are charged in this case with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, bank fraud, in violation of 18 U.S.C. § 1344, and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

    The United States has produced and will produce to counsel for the defendants discovery consisting of business records, bank and credit card records, law enforcement reports, bank investigation reports, digital media, and other records and documents. Included within this discovery is bank account information (including account numbers), credit card account information (including credit card numbers), and personal identity information (including names, dates of birth, social security numbers, and driver's license numbers). Because of the substantial amount of financial account and personal identity information produced and to be produced in

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 09-0824 MMC]

this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the Court orders, that disclosure of these materials shall be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense of the defendants, all discovery containing financial account and personal identity information produced by the United States to counsel for each of the defendants shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of their respective law offices. Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2. The following individuals may examine the discovery for the purpose of preparing the defense of the defendant:

    a) Counsel for each defendant, and any other attorneys, paralegals, or investigators in such counsel's law offices;

    b) The defendants Kam Seto, Peter Chan, and Zhijian Wu, but only in the presence of the respective defendant's counsel; and

    c) Any outside expert retained by any of the defendants to analyze the discovery in this matter.

3. A copy of this Order shall be maintained with the discovery at all times.

4. No other person may be allowed to examine the discovery without further court order.

5. Any pleadings that include financial account information or identity information shall be filed under seal. All parties seeking to file such documents under seal shall comply with Rule 79-5 of the Civil Local Rules of the United States District Court for the Northern District of California.

6. Within 30 days of the judgment and sentencing hearing in this matter, or within 30 days of any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States. The United States shall destroy them. If an appeal is noticed and defense counsel continue to represent the respective defendant on appeal, defense counsel may continue to retain possession

1  of the materials according to the terms of this Order until the conclusion of the matter in the
2  Court of Appeals.
3
4  SO STIPULATED:
5  DATED:
6                                              MARK ROSENBUSH
                                                Attorney for defendant Kam Seto
7
8  DATED: 12/21/09
                                                DOUGLAS HORNGRAD
9                                               Attorney for defendant Peter Chan
10
11 DATED:
                                                GEORGE J. COTSIRILOS, JR.
12                                              Attorney for defendant Zhijian Wu
13
14                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
15
16 DATED:
                                                KYLE F. WALDINGER
17                                              Assistant United States Attorney
18 IT IS ORDERED.
19 DATED:
                                                MAXINE M. CHESNEY
20                                              United States District Judge
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 09-0824 MMC]  -3-

1  of the materials according to the terms of this Order until the conclusion of the matter in the
2  Court of Appeals.
3
4  SO STIPULATED:
5  DATED:
6                                          _____
                                           MARK ROSENBUSH
                                           Attorney for defendant Kam Seto
7
8  DATED:
9                                          _____
                                           DOUGLAS HORNGRAD
                                           Attorney for defendant Peter Chan
10
11 DATED: 12/22/09
                                           _____
12                                         GEORGE J. COTSIRILOS, JR.
                                           Attorney for defendant Zhijian Wu
13
14                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
15
16 DATED:
                                           _____
17                                         KYLE F. WALDINGER
                                           Assistant United States Attorney
18 IT IS ORDERED.
19 DATED:
                                           _____
20                                         MAXINE M. CHESNEY
                                           United States District Judge
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 09-0824 MMC]  -3-

1  of the materials according to the terms of this Order until the conclusion of the matter in the
2  Court of Appeals.
3
4  SO STIPULATED:
5  DATED: 12/28/09
6  _____
   MARK ROSENBUSH
   Attorney for defendant Kam Seto
7
8  DATED:
9  _____
   DOUGLAS HORNGRAD
   Attorney for defendant Peter Chan
10
11 DATED:
12 _____
   GEORGE J. COTSIRILOS, JR.
   Attorney for defendant Zhijian Wu
13
14 JOSEPH P. RUSSONIELLO
15 United States Attorney
16 DATED: 12/28/2009
17 _____
   KYLE F. WALDINGER
   Assistant United States Attorney
18 IT IS ORDERED.
19 DATED:   December 29, 2009
20 _____
   MAXINE M. CHESNEY
   United States District Judge
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 09-0824 MMC]  -3-