1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney

5  
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
7      Telephone: (415) 436-6830
       Facsimile: (415) 436-7234
8      E-mail: kyle.waldinger@usdoj.gov

   Attorneys for Plaintiff

                  UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,        )  No.  CR 09-0824 MMC
                                    )
         Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER RE-SCHEDULING PARTIES'**
         v.                         )  **APPEARANCE AND EXCLUDING**
                                    )  **TIME UNDER THE SPEEDY TRIAL**
   KAM SETO, PETER CHAN, and        )  **ACT**
   ZHIJIAN WU,                      )
                                    )
         Defendants.                )
   _____ )

         The parties in the above-captioned case are next set to appear before this Court on

   January 20, 2010, at 2:30 p.m.  The United States and the defendants Kam Seto, Peter

   Chan, and Zhijian Wu, by and through their respective counsel, do hereby stipulate and

   agree, and do jointly request, that the Court (1) vacate the January 20, 2010, hearing date;

   (2) re-schedule the parties' next appearance for February 3, 2010; and (3) exclude time

   under the Speedy Trial Act, 18 U.S.C. § 3161, from January 20, 2010, to February 3,

   2010.  In support of this request, the parties state as follows:

         1.    The parties made their initial appearance before this Court on November 18,

   2009.  At that time, the Court continued the case to January 20, 2010, and ordered that

   time be excluded from November 18, 2009, to January 20, 2010, under the Speedy Trial

   STIP. & [PROPOSED] ORDER
   CR 09-0824 MMC

1 | Act based on the need for effective preparation of counsel and based on the complexity of
2 | the case, owing to the length of the alleged conspiracy and the amount of discovery
3 | provided and to be provided to the defense.
4 |     2.    Since the hearing on November 18, 2009, the government has produced
5 | more than 1300 pages of additional discovery to the defendants.  Moreover, the United
6 | States will produce an additional 5,000+ pages of discovery to defense counsel by
7 | approximately January 8, 2010.  Based on the amount of discovery that has been
8 | produced and that will soon be produced, defense counsel need additional time to review
9 | the discovery and to investigate the case.  Continuing the parties' appearance from
10 | January 20, 2010, to February 3, 2010, will give defense counsel an opportunity to
11 | accomplish this objective.
12 |     3.    Moreover, since the parties' last appearance, undersigned counsel for the
13 | government was required to schedule a work-related trip to Los Angeles on January 20
14 | and January 21, 2010, and is therefore unavailable for the parties' appearance on January
15 | 20, 2010.
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

STIP. & [PROPOSED] ORDER
CR 09-0824 MMC     -2-

1      4.    For all of these reasons, the United States and the defendants Kam Seto,
2  Peter Chan, and Zhijian Wu, by and through their respective counsel, do hereby request
3  that the Court (1) vacate the January 20, 2010, hearing date; (2) re-schedule the parties'
4  next appearance for February 3, 2010; and (3) exclude time under the Speedy Trial Act,
5  18 U.S.C. § 3161, from January 20, 2010, to February 3, 2010.
6  SO STIPULATED.

7  DATED:      January 6, 2010               JOSEPH P. RUSSONIELLO
                                             United States Attorney
8

9
                                             _____/s/_____
10                                           KYLE F. WALDINGER
                                             Assistant United States Attorney
11

12 DATED:      January 6, 2010               _____/s/_____
                                             MARK ROSENBUSH
13                                           Attorney for defendant Kam Seto

14

15 DATED:      January 6, 2010               _____/s/_____
                                             DOUGLAS I. HORNGRAD
16                                           Attorney for defendant Peter Chan

17

18 DATED:      January 6, 2010               _____/s/_____
                                             GEORGE J. COTSIRILOS, JR.
19                                           Attorney for defendant Zhijian Wu

20
                              [PROPOSED] ORDER
21

22      For the reasons set forth in the parties' stipulation, it is hereby ORDERED that
23 (1) the January 20, 2010, hearing date be vacated and (2) the parties' next appearance be
24 re-scheduled to February 3, 2010, at 2:30 p.m.  The Court further finds that, based on the
25 facts set forth in the parties' stipulation, and taking into the account the public interest in
26 the prompt disposition of criminal cases, granting the continuance until February 3, 2010,
27 is necessary for effective preparation of defense counsel and for continuity of government
28 counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds

1   that the ends of justice served by excluding the period from January 20, 2010, to February
2   3, 2010, outweigh the best interest of the public and the defendant in a speedy trial and,
3   therefore, FURTHER ORDERS that period of time be excluded from calculations under
4   the Speedy Trial Act. Id. § 3161(h)(7)(A).

6   DATED:      January 7  , 2010                    *signature*
                                                     MAXINE M. CHESNEY
7                                                    United States District Judge

STIP. & [PROPOSED] ORDER
CR 09-0824 MMC                          -4-