1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  PETER CHAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,           No. CR 09-0824 MMC

13         Plaintiff,                  **STIPULATION AND [PROPOSED]
                                       ORDER RE-SCHEDULING PARTIES'
14     v.                              APPEARANCE AND EXCLUDING
                                       TIME UNDER SPEEDY TRIAL ACT**
15 PETER CHAN, KAM SETO, and,
   ZHIJIAN WU
16
           Defendants.
17 _____/

18     The parties in the above captioned case are next set to appear before this Court on

19 February 24, 2010, at 2:30 P.M.  The defendants Peter Chan, Kam Seto, and Zhijian Wu, by

20 and through their respective counsel, and the United States do hereby stipulate and agree, and

21 do jointly request that the Court (1) vacate the February 24, 2010, hearing date; (2) re-

22 schedule the parties' next appearance for March 17, 2010 at 2:30 p.m.; and, (3) exclude time

23 under the Speedy Trial Act, 18 U.S.C. § 3161, from February 24, 2010, to March 17, 2010.

24     This case involves over six thousand pages of discovery.  Five thousand pages of the

25 discovery were produced in January 2010.  This request for re-scheduling is made in order

26 to afford time for defense investigation and for further negotiations with the United States.

27 The parties request that time be excluded under the Speedy Trial Act based on the need for

28 //

1  effective preparation of defense counsel.

2

3  Dated: February 18, 2010                    /s/
                                         ───────────────────────
                                         DOUGLAS HORNGRAD
4                                        Attorney for Defendant
                                         PETER CHAN
5

6  Dated: February 18, 2010                    /s/
                                         ───────────────────────
                                         MARK ROSENBUSH
7                                        Attorney for Defendant
                                         KAM SETO
8

9  Dated: February 18, 2010                    /s/
                                         ───────────────────────
                                         GEORGE COTSIRILOS, JR.
10                                       Attorney for Defendant
                                         PETER CHAN
11

12 Dated: February 18, 2010                    /s/
                                         ───────────────────────
                                         KYLE F. WALDINGER
13                                       Assistant United States Attorney

14

15                           ~~PROPOSED~~ ORDER

16         For the reasons set forth in the parties' stipulation, it is hereby ORDERED that (1) the

17 February 24, 2010, hearing date be vacated and (2) the parties' next appearance be re-

18 scheduled for March 17, 2010, at 2:30 p.m.  The Court further finds that, based on

19 information set forth in the parties' stipulation, and taking into account the public interest in

20 prompt disposition of criminal cases, granting the continuance to March 17, 2010, is

21 necessary for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

22 Given these circumstances, the Court finds that the ends of justice served by excluding the

23 period from February 24, 2010, to March 17, 2010, outweigh the best interest of the public

24 and the defendants in a speedy trial and, therefore, FURTHER ORDERS that period of time

25 be excluded from calculations under the Speedy Trial Act.  Id. § 3161(h)(7)(A).

26

27 Dated: February _19_ , 2010                 _/s/ Maxine M. Chesney_
                                         ───────────────────────
28                                       MAXINE M. CHESNEY
                                         United States District Court Judge

- 2 -