IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-09-0824-MMC |
| ) | |
| Plaintiff, ) | **ORDER** [Proposed] |
| ) | Continuing Sentencing Hearings of Defendant |
| v. ) | Kam Seto and Defendant Zhijian Wu |
| ) | |
| KAM SETO et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

GOOD CAUSE APPEARING THEREFORE upon the ex parte motion of Defendants Kam Seto and Zhijian Wu, and the stipulation of the United States Attorney;

IT IS HEREBY ORDERED that the sentencing hearing for Mr. Zhijian Wu, previously set for July 14, 2010, shall be continued to **July 28, 2010, at 2:00 p.m.**, and the sentencing hearing of Mr. Kam Seto, previously set for July 7, 2010, shall be continued to **August 18, 2010, at 2:00 p.m.**

Dated: June __21__, 2010.

_____
Hon. MAXINE MACKLER CHESNEY
United States District Judge