MARK ROSENBUSH
Attorney at Law  (CSB 72436)
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
KAM SETO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAM SETO et al, <br><br> Defendant. | No. CR-09-0824-MMC <br><br> [PROPOSED] STIPULATION AND ORDER CONTINUING SENTENCING OF KAM SETO TO SEPTEMBER 8, 2010 |

    The parties submit the instant Stipulation and Order seeking to continue the sentencing of defendant Kam Seto from August 25, 2010 to September 8, 2010.

    The parties agree that a continuance is necessary for completion of the pre-sentence report, and adequate preparation of defense counsel in this complex multi-defendant matter. Because of pressing concerns on other pending matters, the need for additional time to prepare for the sentencing hearing in this case, and immediate family medical matters of serious concern, counsel for defendant Seto cannot be prepared to proceed with the sentencing in this case on August 25, 2010.

    The parties have consulted with the probation officer, who has confirmed that he is available for the requested September 8, 2010 sentencing hearing, and that he will have the pre-sentence report completed in time for sentencing to proceed on that date.  The Court Clerk also

1  confirms that the Court's calendar is compatible with continuance of this hearing to the requested
2  date.  Co-defendant Zhijian Wu is already set for sentencing on that same day.
3       Accordingly, good cause appearing therefore, and the parties having stipulated thereto,
4  the sentencing hearing for defendant Kam Seto, currently scheduled for August 25, 2010, shall be
5  rescheduled and held on September 8, 2010 at 2:30 p.m.

7       IT IS SO STIPULATED.

10  Dated: July 29, 2010              __/s/ Mark Rosenbush___
11                                    MARK ROSENBUSH
                                      Attorney for Defendant KAM SETO

14  Dated: July 29, 2010              __/s/ Kyle Waldinger____
15                                    KYLE WALDINGER
                                      Assistant United States Attorney

17       IT IS SO ORDERED.

19  Dated: July 30, 2010              _____
                                      UNITED STATES DISTRICT JUDGE

2