**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>KAM SETO<br><br>    Defendant.<br>_____/ | No. CR 09-0824 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45** |

    On September 3, 2010, the government electronically filed an Application of the United States for a Preliminary Order of Forfeiture, and a declaration in support thereof. The government has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

    The government is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced documents. The government is hereby advised that if it fails in the future to comply with the General Order to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

1 | document of which a chambers copy has not been timely provided to the Court.

2 | **IT IS SO ORDERED.**

4 | Dated: September 8, 2010

MAXINE M. CHESNEY
United States District Judge