MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>           Plaintiff, )<br>                                        )<br>     v.                        )<br>                                        )<br>KAM SETO, )<br>                                        )<br>           Defendant. )<br>_____ ) | No. CR 09-0824 MMC<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

       UPON CONSIDERATION of the application for a preliminary order of forfeiture filed by the United States, the supporting declaration of Special Agent Justin C. Glon, the plea agreement filed on April 7, 2010 in which defendant Kam Seto agreed to forfeit funds from the three Wells Fargo accounts listed below, and the entire record, it is by the Court on this  9th   day of September, 2010

       ORDERED that defendant Kam Seto shall forfeit to the United States any and all funds being held (1) in Wells Fargo Account #3214776738 held in the name of "Andy Wu"; (2) in Wells Fargo Account #1532833728 held in the name of "Ray T. Wong"; and (3) in Wells Fargo

1  Account #3214776076 held in the name of "Hai Q. Wong" pursuant to 18 U.S.C. § 982(a)(2)(A);
2  and it is further
3         ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United
4  States, through its appropriate agency, shall seize the forfeited funds from the three Wells Fargo
5  accounts and publish on an official government website, www.forfeiture.gov, for at least thirty
6  days, notice of this Order, notice of the government's intent to dispose of the property in such
7  manner as the Attorney General may direct and provide notice that any person, other than the
8  defendant, having or claiming a legal interest in the property must file a petition with the Court
9  and serve a copy on government counsel within thirty (30) days of the final publication of notice
10 or of receipt of actual notice, whichever is earlier; and it is further
11        ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure,
12 this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
13 sentencing and shall be made part of the sentence and included in the judgment.



HONORABLE MAXINE M. CHESNEY
United States District Judge

Preliminary Order of Forfeiture
CR 09-0824 MMC                                              2